

# NUMBER 13-11-00079-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**BUSTER LEE HAFER,**                                       **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                    **Appellee.**

---

### On Appeal from the 24th District Court
### of Jackson County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Garza, Vela, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Buster Lee Hafer, by and through his attorney, has filed a motion to withdraw his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to withdraw the appeal and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM


Do not publish.    *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
24th day of March, 2011.